# United States District Court For Eastern PA

No. TBA (new complaint)

Artis C. Carroll, Jr.
                    Plaintiff

v.

Gregory Mallon
In his individual and official capacities.
                    Defendant

## Complaint for Injunctive and Monetary Relief

1. <u>Parties</u>

    Plaintiff
        Artis Carroll
        Inmate # 22000450
        George W. Hill Correctional Facility
        500 Cheyney Road
        P.O. Box 23
        Thorton, PA 19373

    Defendant
        Gregory Mallon
        201 West Front Street
        Media, PA 19063

2. <u>Basis for Jurisdiction</u>

    (a) The basis for this Honorable Court jurisdiction is whatever the court deems raised through liberal construction of this complaint. The Plaintiff, I am appearing pro se in this complaint. The grounds for federal District Court jurisdiction is a FEDERAL QUESTION. (b) The federal Constitutional, statutory, and treaties at issue are, inter alia, First Amendm-

Pg. 1 of 6                                              Double Sided

ent right to, inter alia, protest, petition the government, and access to the courts; and the right to protect and keep one's good name and reputation; Fourth Amendment right to be free from unreasonable searches and siezures, unreasonable restrains on liberty; Fifth Amendment right to, inter alia, be free from double jeopardy, to due process, and bail, and equal justice/protection under the law; Sixth Amendment right to be given valid notice of purported criminal charges, the right to be heard, the right to raise my own defense; and the right to assist counsel; Eighth Amendment right to be free from curel and unusual punishment and to have the right to reasonable bail; Nineth Amendment right to have the Constitution construed in my favor; and Fourteenth Amendment to, inter alia, citizenship, due process, and equal protection/justice under the law.

(c) The Federal Statutes and Acts of Congress at issue are, among other statutes and acts, Title 42 U.S.C. § 1981, Title 42 U.S.C. § 1983, Title 42 U.S.C. § 1985, Failure To Intervene Statute, Elective Franchises; The Declatory and Injunctive/Injunction Act; The Civil Rights Act; and Americans With Disability Act; The Sherman Act; The Tea Tax Act.

3. Basis for Supplemental Jurisdiction

That this Honorable Court has jurisdiction and Supplemental jurisdiction per the following: Article 1 § 7 and § 20 of PA Const., more liberal PA. Const. rights, Defamation of Character, Assalut and Battery, False Imprisonment, False Arrest, Legal Malpractice, Medical Malpractice, Pain and Suffering, Emotional Distress,

Lost of Wages, and lost of property, Negligence. Breach of Contract

# 4. Statement of Claims

## Count 1

Violation of, perhaps among other violations, Title 42 U.S.C. § 1983; Fifth, Sixth, Eighth, Fourth, and Fourteenth Amendments; The Civil Rights Act; The Sherman Act; The Tea Tax Act; and Americans With Disability Act; False Arrest and False Imprisonment; Assault and Battery; Negligence; The Tea Tax Act; The Sherman Act; Defamation of Character; Legal Malpractice; Medical Malpractice; Emotional Distress; Pain and Suffering; Failure To Intervene

¶ 1. 42 U.S.C. § 1983 states, among other things, a pruported state court judge is liable for violating the Federal Constitution and Federal laws passed pursuant thereof, where the violation is egergiously in violation of due process of law and equal protection/justice under the law.

¶ 2. On November 4th 2021, The Plaintiff Artis Carroll, was never charged nor alleged of any Federal and or State criminal crime. He was still arrested and held in prison from that date until December 1st 2021, where one of the persons invovled in having him arrested on said date bailed him out and abused him, and threaten to misuse the police and courts against him and threaten to seriously injury

Page: 3 of 6                   Double Side Doc.

him for unknown reasons.

¶3. The Defendant Gregory Mallon was merely voted into office to have the potential to be a State court judge presiding over criminal cases, he then retired from presiding over criminal cases and became a senior judge with only the power to preside over civil cases. He is a pruported judge for the Delaware County Court of Common Pleas, located at 201 West Front Street, ~~Upper~~ in Media, PA 19063.

¶4. On February 1st 2022, I, Artis Carroll, the pro se plaintiff, was unlawfully arrested again by an unknown law enforcement agency. These unknown people told me that I missed a hearing, pretrial conference hearing, on January 31st 2022, in front of Mary Brennan at the Delaware County Court of Common Pleas, and apparently she issued a Bench Warrant; But these unknown law enforcement officer came to my house to unlawfully arrest me.

¶5. In Pennsylvania, a Bench Warrant Hearing must be conducted in 72 Hours of the arrest. I was never given notice of this Bench Warrant Hearing. On February 3rd 2022, my attorney explained to the Defendant, during this hearing that,

I, Artis Carroll, ~~[redacted]~~ before the Pretrial Conference, searched the status of this case, because he filed motions to dismiss it in State and Federal court, and because he was set up and the purported victim gave the police officer a fake name, ~~and~~ her name, and etc.; and nothing popped up because apparently the charging officer misspelled my name on the complaint/affidavit, and when I searched the PA Judicial Docket Sheets just using my first and last name and nothing popped up so I assumed the case was dismissed and sealed per the clean slate act. The ~~official~~ officer failed to state anything in his complaint, which is why I said I was never alleged and never charged with a crime on 11-4-21, not ~~because solely~~ the misspelling of my name but that also counts. Clearly, not my fault that I missed the 1-31-22 hearing, nor was my attendance required at a PTC, nor did anyone ever tell me it was, I gave the officer my correct name and etc. I didn't know about this mistake until 2-1-22.

¶6. The Defendant failed to reinstate my bail or posted and failed to grant unsecure bail as required by due process. He failed to intervene when this case was brought before him and reject it because he is not allow to preside over criminal cases as a senior judge. He then refused to rule on my pleadings and ordered a mental health eval

uation for no apparent reason. The Bench Warrant hearing was over, I left, went back to my holding cell and then three minutes later he called me back into the video hearing to tell me he was ordering a mental health evaluation. I objected and requested for notice as to whom was requesting it and why and he and everyone just ignored me and cut off the video monitor. I have no mental illness and I'll mentally sound and competent, and he is suggesting otherwise to harass me, deny me my rights and etc. He has no subject matter nor personal jurisdiction had plus he denied me my right to due process egregiously so therefore, and for inter alia, he is not immune. I'm still in jail 2-1-22 to present and counting. 2-27-22

5. <u>Injuries</u>: Infliction of Emotional Distress, Assaults and Battery, Defamation of Character, Invasion of Property, Pain and Suffering, Lost of Wages, Property, and etc.

6. <u>Relief Requested</u>: Otherwise set aside the Feb. 3rd 2022 Order, Order the Defendant to pay me $350,000.00 in Damages, Dont Take Any Action Negatively without notice.

Declaration 28 U.S.C. § 1746
I, Artis Carroll, do declare under the penalty of perjury that the foregoing is true and correct. Executed: 2-27-22  Artis Carroll

Certificate and Closing
I, Artis Carroll, certify per Fed.R.Civ.P.Rule 11, this complaint is submitted in good faith, and ~~I complaint~~ etc. 2-27-22 Artis Carroll
Page 6 of 6                                                    END

Name: Artis Carroll
Inmate #: 22000450
George W. Hill Correctional Facility
P.O. Box 23
Thornton, PA 19373

United States District Court
CLERK OF COURT
601 Market Street
Philadelphia, PA 19106

LEGAL MAIL

RECEIVED MAR - 3 2022