IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTIS C. CARROLL, JR. | : | CIVIL ACTION |
| v. | : | NO. 22-848 |
| GREGORY MALLON | : | |

# ORDER

AND NOW, this 7th day of June 2022, upon screening under 28 U.S.C. § 1915A(b) the incarcerated Plaintiff's Complaint (ECF Doc. No. 1) alleging claims against a presiding state court judge arising from the judge's decision entirely within his capacity as a judge, and finding his claims are frivolous given the doctrine of judicial immunity, it is **ORDERED**:

1. We **DISMISS** the Complaint (ECF Doc. No. 1) with prejudice against a sitting judge absolutely immune from liability when acting entirely within his jurisdiction consistent with our obligations under 28 U.S.C. § 1915A; and,

2. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.